UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Robert Melock
                        Plaintiff,

v.                                                      Case No.: 1:24−cv−12679
                                                              Honorable Sunil R. Harjani

City of Waukegan, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2025:

      MINUTE entry before the Honorable Young B. Kim: In light of the joint status report−−−particularly that the parties have agreed to supplement each other's discovery responses−−−the parties are to complete their supplemental responses by September 17, 2025, and file another joint status report by September 24, 2025, identifying discovery issues the parties wish for the court to resolve, if any. Even if the court's involvement is not required, the parties must specify any written discovery issues that remain. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.