**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Robert Melock
                          Plaintiff,

v.                                                  Case No.: 1:24–cv–12679
                                                       Honorable Sunil R. Harjani

City of Waukegan, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 11, 2025:

      MINUTE entry before the Honorable Young B. Kim: In light of the joint status report (R. 104), the parties are to file another joint status report by February 20, 2026, noting the depositions completed, additional depositions scheduled with confirmed dates, and depositions needed but not scheduled. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.