IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT MELOCK, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-12679 |
| | ) |
| v. | ) |
| | ) The Honorable Sunil R. Harjani |
| CITY OF WAUKEGAN, et al., | ) |
| | ) Magistrate Young B. Kim |
| Defendants. | ) |

**MOTION TO WITHDRAW THE APPEARANCE OF NATHANIEL S. WIDELL**

Defendants, John E. Reid & Associates, Inc., Michael Masokas, and Mark Reid, respectfully move for leave to withdraw the appearance of Nathaniel S. Widell as counsel, stating in support as follows:

1. Mr. Widell will be leaving Swanson, Martin & Bell, LLP. Accordingly, Mr. Widell will no longer be representing John E. Reid & Associates, Inc., Michael Masokas, and Mark Reid.

2. Other attorneys at Swanson, Martin & Bell, LLP will continue to represent John E. Reid & Associates, Inc., Michael Masokas, and Mark Reid.

3. Granting leave for Mr. Widell to withdraw his appearance will not prejudice any of the parties.

WHEREFORE, Defendants, John E. Reid & Associates, Inc., Michael Masokas, and Mark Reid, respectfully request that this Court grant leave to withdraw the appearance of Nathaniel S. Widell as counsel in this matter.

**Dated: December 9, 2025**                    Respectfully submitted,

SWANSON, MARTIN & BELL, LLP

By: /s/ John J. Duffy
*One of the Attorneys for Defendants*
*John E. Reid & Associates, Inc., Michael Masokas, and Mark Reid*
John J. Duffy
Christopher T. Sheean
Michael P. Gerkin
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
jduffy@smbtrials.com
csheean@smbtrials.com
mgerkin@smbtrials.com