# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Robert Melock
                        Plaintiff,

v.                                                Case No.: 1:24–cv–12679
                                                        Honorable Sunil R. Harjani

City of Waukegan, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 11, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion by Defendants, John E. Reid & Associates, Inc., Michael Masokas, and Mark Reid's for leave to withdraw the appearance of Nathaniel S. Widell [107] is granted. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.