**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**ROBERT MELOCK,**
**Plaintiff,**

**v.**

**CITY OF WAUKEGAN, et al.,**
**Defendants.**

**Case No.: 1:24-cv-12679**

# AFFIDAVIT OF SUSAN HOLLOWAY

I, Susan Holloway, being first duly sworn on oath, pursuant to 28 U.S.C. § 1746, Federal Rule of Civil Procedure 56(c)(4), and the Local Rules of the United States District Court for the Northern District of Illinois, hereby state as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this Affidavit and, if called as a witness, I could and would testify competently thereto.
2. I provide this Affidavit voluntarily and under oath for use in connection with the above-captioned matter. The statements herein are based solely on my personal knowledge and recollection.
3. At the time relevant to the events underlying this case, I was present at the Waukegan Police Department jail facility.
4. While at the Waukegan jail, I had a conversation with Robert Melock. During that conversation, Mr. Melock stated words to the effect that he killed his grandmother, which I understood as an admission of responsibility for her death.
5. I previously testified under oath regarding this conversation, including but not limited to testimony before a grand jury and at trial proceedings related to Mr. Melock.
6. All testimony I have previously given under oath regarding my interaction with Mr. Melock and his statements to me was truthful and accurate to the best of my knowledge, information, and recollection at the time it was given, and remains so today.
7. At no time was I coerced, pressured, threatened, or improperly influenced by any member of the Waukegan Police Department, or by any other law enforcement officer, prosecutor, or government official, to provide false testimony or to alter my recollection of events.
8. The substance of my testimony regarding Mr. Melock's statements was not suggested to me, fabricated by me, or provided to me by any law enforcement officer or other individual. My testimony was based on my own personal observations and recollection.

9. My testimony concerning Mr. Melock's statements was given years before the filing of this lawsuit. At the time I testified, I had no personal interest in the outcome of any future civil litigation involving Mr. Melock.

10. My communications with law enforcement and my prior testimony were given voluntarily and of my own free will.

11. My recollection of the events described herein has remained materially consistent over time. I have not recanted, withdrawn, or altered my account of Mr. Melock's statements.

12. No member of the Waukegan Police Department ever instructed me to provide false information, alter my recollection, exaggerate any statement made by Mr. Melock, or testify falsely concerning my interaction with him.

13. No member of the Waukegan Police Department ever promised me anything of value, threatened me, or offered me any benefit in exchange for my testimony.

14. To the best of my knowledge, no member of the Waukegan Police Department ever suggested to me that Mr. Melock had confessed, what I should say about any conversation with him, or what my testimony should be.

15. To the best of my knowledge, this Affidavit is true, correct, and complete. I understand that this Affidavit is being provided in a federal court proceeding and that false statements may subject me to penalties for perjury.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 17th 2026

Location: 5005 W. Howard Ave Mil. Wi 53220

Susan Holloway

Susan Holloway