**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT MELOCK, | ) | |
| | ) | Case No. 24-cv-12679 |
| *Plaintiff*, | ) | |
| | ) | Honorable Sunil R. Harjani |
| v. | ) | United States District Judge |
| | ) | |
| CITY OF WAUKEGAN, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**DECLARATION OF YUROU LI**

I, Yurou Li, declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct:

1. Susan Holloway's statements as referenced in the bullet points in the Plaintiff's Supplement in Support of His Motion to Compel and for Related Sanctions are true.

EXECUTED ON: August 19, 2026

By: /s/ Yurou Li
Yurou Li