**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Robert Melock
Plaintiff,
v.
City of Waukegan, et al.
Defendant.

Case No.: 1:24−cv−12679
Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2026:

MINUTE entry before the Honorable Young B. Kim: Still pending before the court are Plaintiff's motion to compel and for sanctions [119] and Defendants' motion to compel mental health records [135]. A hearing is scheduled for November 12, 2026, at 11:00 a.m. to address these motions. However, the court will not discuss whether Defendants engaged in fraud on the court by improperly influencing Susan Holloway's testimony in this civil case. She was not influenced by anyone other than her desire to escape being deposed, and Plaintiff now relies heavily on her testimony to prove his claims in this case. The court agrees with Defendants' argument (see R. 153) that the record does not support such an accusation. The decision to sign the June 17, 2026 affidavit was Holloway's choice after it was read to her, and there is no evidence tending to show that anyone associated with Defendants tried to coerce her to do so. Still, questions remain about why Defendants failed to disclose Holloway's contact information as early as February 2026, what harm, if any, befell Plaintiff as a result, and why Defendants failed to produce the declaration this court ordered on September 3, 2026 (R. 147). The parties should be prepared to address these discrete questions and whether Defendants' motion to compel mental health records is now moot. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.